## No. 6086.

### WIDOW M. C. RATHBONE vs. PARISH OF ST. JAMES.

This suit is against the parish, a juridical person, and the appellants are third persons who claim that they are taxpayers, and therefore have an interest. But they have failed to allege or to show that they have a pecuniary interest in the suit exceeding five hundred dollars, and there is no affidavit showing that they are taxpayers. The appeal must be dismissed.

APPEAL from the Fourth Judicial District Court, parish of St. James. *Flagg*, J. *Legendre & Poché*, for plaintiff and appellee. *R. Beauvais*, Parish Attorney, for defendant and appellee. *Alfred Roman, St. M. Bérault, J. K. Gaudet*, and *W. R. Winchester*, for taxpayers and appellants.

WYLY, J. Lucien Malus and one hundred and forty-four other persons, claiming to be taxpayers of the parish of St. James, appeal from the judgment which plaintiff recovered against the parish of St. James for seventy-seven hundred dollars and ordering a tax to be collected for its payment.

The motion of plaintiff to dismiss this appeal must prevail, because appellants have failed to allege or show that they have a pecuniary in-

terest in the suit exceeding five hundred dollars. There is no affidavit showing that they are taxpayers, and in the petition for appeal they do not allege an appealable interest.

The suit is against the parish, a juridical person, and the appellants are third persons who claim that they are taxpayers, and therefore have an interest.

It is therefore ordered that the appeal herein be dismissed, costs of appeal to be paid by appellants.